**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Reginald R. WILLIAMS, Defendant–**
**Appellant.**

**No. 00–7293.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 20, 2001.

Decided March 2, 2001.

Reginald R. Williams, pro se. Morris Rudolph Parker, Jr., Assistant United States Attorney, Alexandria, VA, for appellee.

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Reginald R. Williams seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Williams,* Nos. CR–95–332–A; CA–98–1720–A (E.D.Va. filed July 17, 2000; entered July 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*DISMISSED.*